UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 10-98148-CRM |
| | * | |
| GLENN GREGORY ADLER, | * | |
| AND | * | CHAPTER 13 |
| PATRICIA A. ADLER, | * | |
| | * | |
| | * | |
| DEBTORS. | * | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS AND
HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that **Glenn Gregory Adler** and **Patricia A. Adler,** filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with the notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which their proposed Modification was filed. The proposed modification was filed on __04/30/2015__. If the twenty-third day after the date of service falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** US Courthouse
Clerks Office Room 1340
75 Spring Street, SW
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: 3656 Allyn Drive NW, Kennesaw, GA 30152.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification in Court Room 1203 (12th Floor) of the US Courthouse, 75 Spring Street, SW, Atlanta, GA 30303, at 2:30 PM, on June 2,

/pw

2015.  **If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C.§1329(b)(2) as part of the Confirmed Plan without further order or notice.**

                                        Respectfully submitted,

                                        By:    /s/

Clark & Washington, LLC                Christopher J. Kiefer
3300 Northeast Expressway           Attorney for the Debtor
Building 3                                            GA Bar No. 417247
Atlanta, GA 30341
(404)522-2222
Fax(770)220-0685

*/pw*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.10-98148-CRM |
| | * | |
| GLENN GREGORY ADLER, | * | |
| AND | * | CHAPTER: 13 |
| PATRICIA A. ADLER | * | |
| | * | |
| DEBTORS. | * | |

## POST-CONFIRMATION MODIFICATION OF PLAN
## AND REQUEST FOR ITS APPROVAL

**Glenn Gregory Adler and Patricia A. Adler** Debtors, propose to modify the confirmed plan of reorganization as set forth below and requests that this modification be approved.

## MODIFICATION OF PLAN

**Glenn Gregory Adler and Patricia A. Adler** Debtors, hereby modify the Chapter 13 Plan, which the Court confirmed on May 13, 2011 as follows:

**1.**

Debtors modify the Chapter 13 Plan paragraph 2 – Plan Payments and Length of Plan**,** to **INCREASE** Plan payment from **$1,204.00** to **$1,485.00 per month.**

WHEREFORE Debtors pray:

(a) That this "Post-Confirmation Modification of Plan and Request for its Approval" be filed, read and considered;

(b) That this Honorable Court grant this Modification; and,

(c) That this Honorable Court grants such other and further relief as it may deem just and proper.

Respectfully submitted,

By: /s/
Christopher J. Kiefer
Attorney for the Debtor
GA Bar No. 417247

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685

/pw

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO.10-98148-CRM |
| | * |
| GLENN GREGORY ADLER, | * |
| AND | * CHAPTER: 13 |
| PATRICIA A. ADLER | * |
| | * |
| | * |
| DEBTORS. | * |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

We, Glenn Gregory Adler and Patricia A. Adler, hereby certify under penalty of perjury that the attached pleading is true and correct to the best of our information and belief.

Date this   28th day of April, 2015


Signed    s/_____
          Glenn Gregory Adler


Signed    s/_____
          Patricia A. Adler

/pw